IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RODERIC BROWN,

        Petitioner,

  v.

MS. BLACKETTER,

        Respondent.

CV. 04-1099-HU

ORDER

BROWN, Judge

Petitioner's motion for voluntary dismissal (#11) is GRANTED. This action is DISMISSED, without prejudice.

In accordance with the agreement of the parties, petitioner shall have 180 days, from the conclusion of the post-conviction case initiated in Umatilla County Circuit Court on April 29, 2005, within which to file a new habeas corpus petition.

It is further ordered that all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 8th day of June, 2005.

                        /s/ Anna J. Brown
                        Anna J. Brown
                        United States District Judge